U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

AUG 1 5 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DERICK DEVUN HAYNES, | ) | |
| ID # 31338-177, | ) | |
| Movant, | ) | |
| vs. | ) | No. 3:03-CR-372-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the

United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and

Conclusions to which objections have been made, the Court is of the opinion that the Findings and

Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and

Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge, the movant's post-judgment motion (doc. 108) is construed

as a successive 28 U.S.C. § 2255 motion and will be **TRANSFERRED** to the United States Court

of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002)

and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

The Clerk of the Court is **DIRECTED** to (1) terminate the post-judgment motion in this

criminal case; (2) open a new habeas case for administrative purposes only; (3) file the post-

judgment motion as a § 2255 motion filed June 30, 2017, in that new case; (4) directly assign the

new case to the same District Judge and Magistrate Judge as in this case; (5) file a copy of the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the order

accepting those Findings, Conclusions, and Recommendation , and the judgment in that new case;

and (6) and without further judicial action, immediately **TRANSFER** the newly opened § 2255

action to the United States Court of Appeals for the Fifth Circuit.

SIGNED this 15 day of August, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE